**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JASON DOUGLAS HENDERSHOT,**

    Plaintiff,

vs.                                    Case No. 4:10cv361-MP/WCS

**GADSDEN COUNTY, FLORIDA,**

    Defendant.

                                    /

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, initiated this case on August 26, 2010. Doc. 1. Plaintiff was directed to supplement his *in forma pauperis* motion, doc. 2, with information on his inmate bank account. Doc. 4. Plaintiff has had many months to provide this information and numerous extensions of time. There is no reason Plaintiff should have needed six months to comply with that order. As of this date, Plaintiff still has not complied and still has not yet been granted *in forma pauperis* status. Enough time has been given. This case should be dismissed without prejudice for Plaintiff's failure to comply with court orders and failure to prosecute.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with court orders and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on March 1, 2011.

    S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**