IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON DOUGLAS HENDERSHOT,

    Plaintiff,

v.                                                           CASE NO. 4:10-cv-00361-MP -WCS

JANE DOE, JANE DOE, GADSDEN COUNTY, GADSDEN COUNTY SHERIFFS
DEPARTMENT, YOUNG,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's Second Amended Complaint, Doc. 11, be dismissed without prejudice for failure to comply with court orders and failure to prosecute. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 16, is ADOPTED and incorporated herein.

2.     The Second Amended Complaint, Doc. 11, is DISMISSED without prejudice.

**DONE AND ORDERED** this __4th__ day of April, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge